# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**WENDEY RAE GODKIN-ROSS**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **3:11-MJ-0015 CMK**

H.R. Harrison-Smith
Defendant's Attorney

**THE DEFENDANT:**
[✔] admitted guilt to violation of charge(s) 18 USC 3401(d) as alleged in the violation petition filed on 10/24/2011.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 18 USC 3401(d) | Violate Terms and Conditions of Probation | 7/29/2011 |

The court: [ ] revokes: [ ] modifies: [✔] continues probation under same conditions of supervision heretofore ordered on 4/11/2011; specifically, defendant shall **not enter** lands supervised by the United States Forest Service and Bureau of Land Management in California. Probation shall terminate 4/11/2012.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify Duane Jackson, Rule 180 Prosecutor for the Lassen National Forest, within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/15/2011
Date of Imposition of Sentence

**CRAIG M. KELLISON**, United States Magistrate Judge
Name & Title of Judicial Officer

DATED: November 17, 2011

*[signature: Craig M. Kellison]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| CASE NUMBER: 3:11-MJ-0015 CMK | Judgment - Page 2 of 2 |
| DEFENDANT: WENDEY RAE GODKIN-ROSS | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  one (1) day .

[✔]     The court makes the following recommendations to the Bureau of Prisons:
         Lassen County Adult Detention Facility, 1405 Sheriff Cady Lane, Susanville, CA 96130

[ ]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[✔]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [✔] before 2:00 p.m.  on 1/4/2012 .
         [✔] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

          Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                    _____
                                                                    UNITED STATES MARSHAL

                                                            By      _____
                                                                    Deputy U.S. Marshal